# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

SONDRA CORRALES,

    Petitioner,

v.                                                                     Civ. No. 18-771 KG/GJF

EBETH CRUZ-MARTINEZ, et al.,

    Respondent.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Petitioner Sondra Corrales' Prisoner's Motion and Affidavit For Leave To Proceed Pursuant To 28 U.S.C. § 1915, filed on August 10, 2018. ECF No. 2. The Court concludes that Petitioner's filing is deficient for the following reasons:

(1) it is not signed under penalty of perjury as required by 28 U.S.C. § 1915(a)(1);

(2) it does not list her assets, as required by 28 U.S.C. § 1915(a)(1) (requiring an applicant seeking to proceed *in forma pauperis* to submit an affidavit that includes "all assets such prisoner possesses");

(3) it does not include Petitioner's six-month inmate account statement under 28 U.S.C. § 1915(a)(2). The attached inmate account statement covers only one day, not six months. ECF No. 2 at 3.

To cure these deficiencies, Petitioner must submit, within thirty (30) days from the date of this Order, an affidavit signed under penalty of perjury that lists her assets and their value, including Petitioner's six-month inmate account statement. If Petitioner has no assets or funds, then Petitioner must list her assets and their value as "0" or negative in value. It is a violation of this Order to leave the assets portion of the affidavit blank.

Any papers that Petitioner submits in response to this Order must include the civil action number of this proceeding (Civ. No. 18-771 KG/GJF). Failure to provide the financial information required by § 1915(a) may result in the denial of Petitioner's motion without further notice.

**IT IS THEREFORE ORDERED** that, **within thirty (30) days** from the date of this Order, Petitioner must submit a signed affidavit that lists her assets and their value, including, but not limited to, any funds that currently exist or have existed in the past six months in her prisoner account;

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to Petitioner, together with a copy of this order, a form Prisoner's Motion and Affidavit For Leave To Proceed Pursuant to 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE