IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCT OF NEW MEXICO

SONDRA CORRALES,

      Petitioner,

vs.                                        No. CV 18-0771 KG/GJF

EBETH CRUZ-MARTINEZ, and
MARIANNA VIGIL,

      Respondents.

## JUDGMENT

**THIS MATTER** is before the Court on the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Petitioner Sondra Corrales (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing Petitioner's claims on the grounds that they are barred by the 1-year statute of limitations in 28 U.S.C. § 2244(d) and Petitioner is not entitled to § 2254 relief,

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Petitioner Sondra Corrales (Doc. 1) is **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE